## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Lisa Batey−Kolegas

                        Plaintiff,

v.                                              Case No.: 1:17−cv−02342
                                                      Honorable Amy J. St. Eve

Comenity Bank

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 9, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff's oral request for dismissal is granted. This case is hereby dismissed, without prejudice, with leave to reinstate by 7/10/17. After 7/10/17, said dismissal will convert to a dismissal with prejudice. All other pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.